IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV441

| | |
|---|---|
| ZAPATA HERMANOS SUCESORES S.A. DE C.V., ) ) ) Plaintiff, ) ) vs. ) MARK FEIN and DONNA FEIN, ) ) Defendants. ) ) ) ) | ORDER |

This matter is before the court upon Plaintiff's Motion for Summary Judgment. Plaintiff filed suit against these Defendants in October of 2007 under the North Carolina Fraudulent Transfer Act and for common law fraudulent transfer. The court has reviewed the filings of the parties and concludes that there appear to be genuine issues of material fact which render summary judgment inappropriate. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment is hereby DENIED.

Signed: February 23, 2009

Graham C. Mullen
United States District Judge