IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV441

| | |
|---|---|
| ZAPATA HERMANOS SUCESORES S.A. DE C.V., ) ) ) Plaintiff, ) ) vs. ) MARK FEIN and DONNA FEIN, ) ) Defendants. ) ) | ORDER |

This matter is before the court upon the Plaintiff's Motion to Compel Mediation, filed July 15, 2009. It appears that Defendants have not responded. Defendants are hereby directed to confer with the Plaintiff's counsel to select a mediator and schedule mediation by September 18, 2009. If the parties are unable to agree on a mediator, the court will appoint one. The costs of mediation shall be split between the Plaintiff and Defendants. Defendants are also directed to advise the court by September 18 whether counsel will be employed or whether Defendants will go forward without counsel.

IT IS SO ORDERED.

Signed: August 13, 2009

Graham C. Mullen
United States District Judge