UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-441-GCM

| | |
|---|---|
| ZAPATA HERMANOS SUCERSORES S.A. DE C.V., <br>              Plaintiff, <br> v. <br><br> MARK FEIN and DONNA FEIN, <br>              Defendants. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **November 2, 2009, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 21, 2009

Graham C. Mullen
United States District Judge