IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-441-GCM

| | |
|---|---|
| ZAPATA HERMANOS SUCERSORES S.A. DE C.V., ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | ORDER GRANTING ADMISSION PRO HAC VICE |
| MARK FEIN and DONNA FEIN ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Juan Alcala** to appear *Pro Hac Vice*, dated September 14, 2009 [doc #59].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Alcala has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 21, 2009

Graham C. Mullen
United States District Judge