UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-441-GCM

| | |
|---|---|
| ZAPATA HERMANOS SUCERSORES S.A. DE C.V., <br>              Plaintiff, <br> v. <br> MARK FEIN and DONNA FEIN, <br>              Defendants. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The parties are engaged in on-going mediation and the case will not be ready for trial in November. Therefore, the trial in this matter is hereby re-scheduled for **March 8, 2010, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: October 8, 2009

Graham C. Mullen
United States District Judge