IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv441

| | | |
|---|---|---|
| ZAPATA HERMANOS SUCESORES S.A. DE C.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARK FEIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| _____ | ) | |

      This matter is before the court upon its own motion. It appears that Defendants Mark and Donna Fein have filed for a Chapter 7 bankruptcy. Accordingly, this matter is hereby automatically STAYED.
      IT IS SO ORDERED.


Signed: May 27, 2010

Graham C. Mullen
United States District Judge