IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV441

| | |
|---|---|
| ZAPATA HERMANOS SUCESORES S.A. DE C.V., ) ) ) Plaintiff, ) ) vs. ) MARK FEIN and DONNA FEIN, ) ) Defendants. ) ) | ORDER |

This matter is before the court upon its own motion. Based upon Plaintiff's representations to the court, Defendants filed for Chapter 7 Bankruptcy relief on May 5, 2010. Defendant Mark Fein subsequently passed away. This action was stayed and Plaintiff filed a proof of claim in the bankruptcy case. Plaintiff received a distribution, and the final decree was entered on August 31, 2011, closing the bankruptcy case. Accordingly, it appears to the court that this matter should be closed.

IT IS THEREFORE ORDERED that this case is therefore dismissed.

Signed: September 26, 2012

Graham C. Mullen
United States District Judge