# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Zapata Hermanos Sucesores S.A. DE C.V. ,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:07-cv-00441-GCM

Fein et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/26/2012 Order.

                                       Signed: September 26, 2012

Frank G. Johns, Clerk
United States District Court